1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

OCT 0 7 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10  IN RE ORDER REQUIRING GOOGLE, INC.        CASE NO.
    TO ASSIST IN THE EXECUTION OF A
11  SEARCH WARRANT ISSUED BY THIS            **ORDER**
    COURT.
12                                            **2 15 - SW - 568   KJN**

13

14        Before the Court is the Government's motion for an order requiring Google, Inc.

15  ("Google") to assist law enforcement agents in the search of an Android Device.  Upon

16  consideration of the motion, and for the reasons stated therein, it is hereby

17        ORDERED that Google assist law enforcement agents in the examination of the Samsung

18  cellular telephone with identification numbers: model number SCH-R720, A0000030C76F0D,

19  268435460813070093, FCC ID A3LSCHR720, (the "Android Device"), acting in support of a search

20  warrant issued separately by this Court;

21        FURTHER ORDERED that Google shall, if necessary, reactivate the Google account

22  associated with the Android Device;

23        FURTHER ORDERED that Google shall: (1) provide a single password reset for the mobile

24  device; (2) provide the new password to the law enforcement officer executing the search warrant; and

25  (3) upon unlocking the target mobile device, again reset the Google account password promptly upon

26  notice that the imaging of the phone is complete, without providing it to the law enforcement officer or

27  agency so as to prevent future access;

28  ///

1

FURTHER ORDERED that the reset process need not be unobtrusive to the subject, the subject may receive notice to one or more accounts of the reset, and such notice is not a violation of any seal or nondisclosure requirement;

FURTHER ORDERED that the law enforcement agent executing the search warrant is prohibited from using or attempting to use the new password to attempt to access the subject's online accounts other than as synchronized on and stored in memory within the target device at the time of execution of the warrant.

Date: _Oct 7 2015_

Signed,

Hon. Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE